# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Russel Whitecloud

                V.                            **JUDGMENT IN A CIVIL CASE**

United States of America

                                  CASE NUMBER:    06cv1490-LAB(CAB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**that this action is dismissed in its entirety, with prejudice, on grounds of res judicata and lack of subject matter jurisdiction..................................................................................................................**

| January 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson
(By) Deputy Clerk

ENTERED ON January 5, 2007